IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
MAR 1 8 2024
IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N.C.
By DB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 1:24CR81-1 |
| MARCUS DEVON DALTON | : | |

The Grand Jury charges:

COUNT ONE

From on or about May 5, 2022, continuing up to and including on or about September 21, 2023, the exact dates to the Grand Jurors unknown, in the County of Guilford, in the Middle District of North Carolina, MARCUS DEVON DALTON, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms; in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

COUNT TWO

On or about May 5, 2022, in the County of Guilford, in the Middle District of North Carolina, MARCUS DEVON DALTON knowingly did possess in and affecting commerce a firearm, that is, a Glock 9mm handgun, having been convicted of a crime punishable by imprisonment for a term exceeding one year,

and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT THREE

On or about July 15, 2022, in the County of Guilford, in the Middle District of North Carolina, MARCUS DEVON DALTON knowingly did possess in and affecting commerce a firearm, that is, a Springfield Armory .45 caliber handgun, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT FOUR

On or about July 19, 2022, in the County of Guilford, in the Middle District of North Carolina, MARCUS DEVON DALTON knowingly did possess in and affecting commerce a firearm, that is, a FMK 9mm handgun, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT FIVE

On or about March 17, 2023, in the County of Guilford, in the Middle District of North Carolina, MARCUS DEVON DALTON knowingly did possess in and affecting commerce a firearm, that is, a Cobray 9mm handgun, having

been convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT SIX

On or about April 14, 2023, in the County of Guilford, in the Middle District of North Carolina, MARCUS DEVON DALTON knowingly did possess in and affecting commerce a firearm, that is, an American Tactical multi-caliber handgun, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT SEVEN

On or about June 2, 2023, in the County of Guilford, in the Middle District of North Carolina, MARCUS DEVON DALTON did knowingly attempt to and did sell and otherwise dispose of firearms in and otherwise affecting interstate commerce, to wit: a fully-assembled privately made firearms, that is, an AR-15 style pistol and a Taurus .38 caliber revolver, to another person, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony, namely, possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8), and North Carolina

General Statute Section 14-415.1; in violation of Title 18, United States Code, Sections 933(a)(1), (a)(3), and (b).

## COUNT EIGHT

On or about July 11, 2023, in the County of Guilford, in the Middle District of North Carolina, MARCUS DEVON DALTON knowingly did possess in and affecting commerce a firearm, that is, a Heckler and Koch .45 caliber handgun, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT NINE

On or about July 12, 2023, in the County of Guilford, in the Middle District of North Carolina, MARCUS DEVON DALTON knowingly did possess in and affecting commerce a firearm, that is, a Canik 9x19mm handgun having been convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT TEN

On or about July 26, 2023, in the County of Guilford, in the Middle District of North Carolina, MARCUS DEVON DALTON knowingly did possess in and affecting commerce firearms, that is, a Glock 9mm pistol and Anderson

5.56 caliber handgun having been convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT ELEVEN

On or about September 6, 2023, in the County of Guilford, in the Middle District of North Carolina, MARCUS DEVON DALTON knowingly did possess in and affecting commerce firearms, that is, a Smith and Wesson .38 caliber handgun, two Smith & Wesson .40 caliber handguns, Sig Sauer .40 caliber handgun, and Taurus .40 caliber handgun having been convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT TWELVE

On or about September 21, 2023, in the County of Guilford, in the Middle District of North Carolina, MARCUS DEVON DALTON knowingly did possess in and affecting commerce firearms, that is, a Beretta 9mm handgun and a SCCY 9mm handgun having been convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that

conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

DATED: March 18, 2024

SANDRA J. HAIRSTON
United States Attorney

BY: NICOLE R. DUPRE
Assistant United States Attorney

A TRUE BILL:

███████████
FOREPERSON

6

Case 1:24-cr-00081-WO   Document 1   Filed 03/18/24   Page 6 of 6